# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **SANCTIONED/BARRED** **DONTRALE DEMARKO PHILLIPS, #464769**, Plaintiff | CIVIL DOCKET NO. 1:21-CV-00216-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| DAVID FOSHEE, ET AL, Defendants | MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 30], and after a *de novo* review of the record, including the Objection filed by Plaintiff [ECF No. 31], having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's civil rights Complaint [ECF No. 15] and all Amended Complaints are DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915A, for failure to state a claim upon which relief can be granted.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS, DONE AND SIGNED in Chambers on this 17th day of May 2021.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE